UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TYRON TRAMON BATES** | **CIVIL ACTION NO. 25-0765** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN NOLAN BASS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tyron Tramon Bates's failure-to-protect claims and claims concerning his exposure to drugs and smoke are **DISMISSED WITHOUT PREJUDICE** subject to his right to prosecute the claims in his prior, pending proceeding.[1] The claims are otherwise **DISMISSED WITH PREJUDICE** as duplicative and legally frivolous and malicious.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state claims on which relief may be granted.

---

[1] *Tyron Tramon Bates v. Nolan Bass*, 3:25-cv-0764 (W.D. La. June 2, 2025).

MONROE, LOUISIANA, this 26th day of August, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE